1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                              )
THOMAS E. PEREZ, SECRETARY OF          )
LABOR,                                                     )
                                                              )
                                   Plaintiff,             )
                                                              )
                    v.                                       )
                                                              )
J & J COMFORT ZONE, INC., d/b/a SPA   )
THERAPY,                                                )
                                                              )
                    Defendant/Judgment Debtor,   )
                                                              )
                    v.                                       )
                                                              )
CHASE,                                                    )
                                                              )
                                   Garnishee.           )
_____)

Case No. MC15-0096RSL

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT
AND NOTICE TO DEFENDANT/
JUDGMENT DEBTOR

        This matter comes before the Court on plaintiff's "Application for Writ of

Continuing Garnishment" for property in which the defendant/judgment debtor, J & J Comfort

Zone, Inc., d/b/a Spa Therapy, has a substantial nonexempt interest and which is in the

possession, custody, or control of the garnishee, Chase.  The Court having reviewed the record

in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing

Garnishment" (Dkt. # 1-2) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-3)

submitted by plaintiff's counsel on July 16, 2015.  Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff

shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and

accompanying instructions.

1    Dated this 24th day of July, 2015.

2

3                        _Robert S. Lasnik_
                         Robert S. Lasnik
4                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT          -2-